UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Corey Peterson

Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

19-mj-11224

Defendant Corey Peterson  hereby voluntarily consents to participate in the following proceeding
via   ☒ videoconferencing or ☒ teleconferencing:

☐   Initial Appearance Before a Judicial Officer

☒   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
Indictment Form)

☐   Guilty Plea/Change of Plea Hearing

☐   Bail/Detention Hearing

☐   Conference Before a Judicial Officer - Assignment of Counsel

Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Defendant's Counsel's Signature

Corey Peterson
Print Defendant's Name

Deveraux L. Camick
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/16/20
Date

U.S. District Judge/U.S. Magistrate Judge