# AIELLO CANNICK
Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

*69-06 Grand Avenue*
*Maspeth, New York 11378*
*(718) 426-0444, Fax (718) 803-9764*
*Email: info@aiellocannick.com*

March 22, 2021

**VIA ECF**
The Honorable Judge Cathy Seibel
United States District Court, SDNY
300 Quarropas Street
White Plains, NY 10601-4150

Sentencing adjourned to 4/14/21 at 10 am.

SO ORDERED.

*/s/ Cathy Seibel*   3/22/21
CATHY SEIBEL, U.S.D.J.

Re:   **United States v. Corey Peterson**
      **Case No.: 20-Cr-00682 (CS)**

Dear Hon. Judge Seibel:

Corey Peterson is scheduled to be sentenced by Your Honor on April 8th, 2021. Inasmuch as I am scheduled to be out of town the week of April 4th, we respectfully request that Mr. Peterson's sentence hearing be adjourned to either April 12th, 13th, 14th or 16th, or any date most convenient to the Court.

Please know that the Assigned Assistant United States Attorney, Derek Wikstrom, consents to our request.

Thank you in advance for your consideration.

Very truly yours,

Deveraux L. Cannick

DLC/ad
Cc: AUSA Derek Wikstrom via email.